# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRANCE BREAZIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JACOB C. TRAVERS, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 17-0925 (UNA) |

## MEMORANDUM OPINION

The plaintiff "is . . . a prisoner of the State of New York" and "is currently confined at the Attica Correctional Facility." Compl. ¶ 3. He alleges that the Clerk of the Supreme Court and a Case Analyst, *see id.* ¶ 4, returned the plaintiff's application for an extension of time, *see id.* ¶¶ 11, 13, and refused to forward a separate application to an individual Supreme Court Justice, *see id.* ¶¶ 14-15. Thus, the plaintiff contends, these defendants "violated [his] First, Fifth and Fourteenth Amendments Rights under the United States Constitution, thereby denying [the plaintiff] his Due Process Rights of access to the Court." *Id.* ¶ 17. The plaintiff demands a declaratory judgment, *id.* ¶ 19, compensatory and punitive damages, *id.* ¶¶ 21, 22, and injunctive relief in the form of an order directing the defendants to "transmit [his] application to the appropriate justice for review, or to file such writ," *id.* ¶ 20.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See Miller v. Harris*, 599 F.

App'x 1 (D.C. Cir. 2015) ("The district court correctly determined it lacked jurisdiction to review decisions of the United States Supreme Court, including those of its Clerk of Court."); *In re Marin*, 956 F.2d 339, 340 (D.C. Cir.) (per curiam) ("We are aware of no authority for the proposition that a lower court may compel the Clerk of the Supreme Court to take any action."), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE: May 30, 2017

United States District Judge